**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7272**

ORLANDO DAVID ALMOND,

Petitioner - Appellant,

versus

A. DAVID ROBINSON, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-02-208-3)

Submitted: October 23, 2002      Decided: November 13, 2002

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Orlando David Almond, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orlando David Almond appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). Because no second or successive petition is permitted unless the petitioner first receives permission from this court pursuant to 28 U.S.C. § 2244(2000), the district court properly dismissed Almond's habeas petition. <u>See</u> <u>Almond v. Robinson</u>, No. CA-02-208-3 (E.D. Va. July 17, 2002). Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>